UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
E.H.                                              :

                                                                               21-CV-5454 (KPF)
                                                             :

           Plaintiff,                    :

                                               :          **NOTICE OF VOLUNTARY DISMISSAL**
  -against-

                                               :

CITY OF NEW YORK, COMMISSIONER
DERMOT SHEA, SUPERINTENDENT   :
KEVIN P. BRUEN

                                               :

             Defendants.
------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff E.H., hereby dismisses with prejudice all claims asserted in this action against Superintendent of the New York State Police Kevin P. Bruen, including any claims for costs and attorney fees.

Dated:  Scarsdale, New York
           January 27, 2022

                                                      By: *Amy L. Bellantoni*
                                                              Amy L. Bellantoni, Esq.
                                                              2 Overhill Road, Suite 400
                                                              Scarsdale, New York 10583
                                                              Tel.  (914) 367-0090
                                                              Fax: (888) 763-9761
                                                              abell@bellantoni-law.com