UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

E.H.,

                                              Plaintiff,

            -against-                                        21-CV-5454 (KPF)

NEW YORK CITY, New York, Police Commissioner
DERMOT SHEA, in his official capacity, and KEVIN P.
BRUEN, Superintendent of the New York State Police, in
his official capacity,

                                              Defendants.

------------------------------------------------------------------------ X

## STIPULATION OF DISCONTINUANCE

This action is hereby dismissed with prejudice.

Dated:       New York, New York
               January 28, 2022

| | |
|---|---|
| The Bellantoni Law Firm<br>Attorneys for Plaintiff | GEORGIA M. PESTANA<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants |
| By: *Amy L. Bellantoni*<br>    Amy L. Bellantoni, Esq.<br>    2 Overhill Road, Suite 400<br>    Scarsdale, New York 10583<br>    Tel. (914) 367-0090<br>    Fax: (888) 763-9761<br>    abell@bellantoni-law.com | By: *[signature]*<br>    Kerri A. Devine, Asst. Corp. Counsel<br>    100 Church Street, Room 5-164<br>    New York, New York 10007<br>    Tel: (212) 356-2214<br>    Fax: (212) 356-2019<br>    kdevine@law.nyc.gov |

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Date:   January 31, 2022
          New York, New York